**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Shanna Marie Marsh  
Tracy Scott Marsh Jr  
SSN# : XXX-XX-9849  
SSN# : XXX-XX-5736  

Case No.  23-40013

Chapter 13

**MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the Court to set the liability of the debtors upon claims in this case as specific individual or joint as denominated in the ownership field below as: J = Joint, H = Male Debtor, W = Female Debtor,  D1 = Debtor 1, D2 = Debtor 2

The Trustee recommends that the plan be modified as follows:

| Payee | Trustee Claim # | Clerk Claim # | Owner Ship | Type | Level | Asserted Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| Affirm/Priceline | 16 | | | U-Unsecured | 80 | $0.00 | NOT FILED | N802 |
| Affirm/Walmart | 17 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 5RC3 |
| ALLEGACY FEDERAL CREDIT UNION | 4 | 21 | W | S-Secured-Pro-Rata | 50 | $2,998.59 | $2,998.59 | 8569 |
| AT&T U-Verse | 19 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0159 |
| Byzfunder | 21 | | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| CAPITAL ONE BANK USA NA | 22 | 12 | H | U-Unsecured | 80 | $1,123.94 | $1,123.94 | 8234 |
| CAPITAL ONE BANK USA NA | 23 | 16 | H | U-Unsecured | 80 | $828.53 | $828.53 | 5388 |
| CAPITAL ONE BANK USA NA | 24 | 13 | W | U-Unsecured | 80 | $2,565.19 | $2,565.19 | 7237 |
| CAPITAL ONE BANK USA NA | 67 | 14 | W | U-Unsecured | 80 | $391.29 | $391.29 | 9153 |
| Capytal.com | 25 | 20 | W | U-Unsecured | 80 | $112,852.50 | $112,852.50 | |
| Carrington Mortgage Services LLC | 5 | 22 | J | M-Mortgage | 30 | $93,204.01 | CONDUIT | 7039 |
| Carrington Mortgage Services LLC | 6 | 22 | J | m-Mortgage Pre-Petition Arrears | 50 | $4,382.25 | $4,382.25 | 7039 |
| Carrington Mortgage Services LLC | 7 | 22 | J | q-Mortgage Admin Arrears | 50 | $2,297.43 | $2,297.43 | 7039 |
| CFG Merchant Solutions LLC | 26 | 35 | J | U-Unsecured | 80 | $121,670.75 | STOP PAY | |
| Citibank NA | 20 | 25 | J | U-Unsecured | 80 | $974.64 | $974.64 | 9559 |
| Cloud Fund LLC | 27 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0000 |
| Comdata | 28 | | | U-Unsecured | 80 | $0.00 | NOT FILED | E180 |
| Conn Appliances Inc | 8 | 17 | H | S-Secured-Pro-Rata | 50 | $500.00 | $500.00 | 9630 |
| Conn Appliances Inc | 10,008 | 17 | H | U-Unsecured | 80 | $890.30 | $890.30 | 9630 |
| CSU Producer Resources | 31 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 7151 |
| EROAP | 32 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2828 |
| First Insurance Funding | 33 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2190 |
| Forward Financing | 34 | 30 | W | U-Unsecured | 80 | $98,048.52 | $98,048.52 | |
| Gulf Coast Bank & Trust | 35 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0000 |
| Internal Revenue Service | 13 | 10 | J | P-Priority | 70 | $15,154.89 | $15,154.89 | 9849 |
| Internal Revenue Service | 72 | 10 | J | U-Unsecured | 80 | $501.60 | $501.60 | 5736 |
| Internal Revenue Service | 70 | 10 | J | A-Administrative Costs | 70 | $3,164.10 | $3,164.10 | 5736 |
| Jefferson Capital Systems LLC | 49 | 1 | H | U-Unsecured | 80 | $2,369.91 | $2,369.91 | 2544 |
| Jefferson Capital Systems LLC | 54 | 27 | W | U-Unsecured | 80 | $1,231.55 | $1,231.55 | 8415 |
| Jefferson Capital Systems LLC | 55 | 26 | W | U-Unsecured | 80 | $1,521.82 | $1,521.82 | 2481 |
| JPMorgan Chase Bank NA | 18 | 6 | W | U-Unsecured | 80 | $752.59 | $752.59 | 2637 |
| Kintegra Health | 36 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 6582 |
| KOHLS | 37 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0252 |
| Lincoln County Health Dept | 38 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 5156 |
| LINCOLN COUNTY TAX DEPARTMENT | 14 | 3 | W | P-Priority | 50 | $237.46 | $237.46 | 5736 |
| LVNV FUNDING LLC | 39 | 23 | J | U-Unsecured | 80 | $666.86 | $666.86 | 0801 |
| LVNV FUNDING LLC | 40 | 24 | J | U-Unsecured | 80 | $595.21 | $595.21 | 0736 |
| LVNV FUNDING LLC | 48 | 31 | W | U-Unsecured | 80 | $5,454.73 | $5,454.73 | 8982 |
| Mariner Finance LLC | 41 | 18 | W | U-Unsecured | 80 | $142.63 | $142.63 | 7524 |

| Payee | Trustee Claim # | Clerk Claim # | Owner Ship | Type | Level | Asserted Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| Medical Revenue Services | 42 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2729 |
| National Testing Assoc/Nexxum Group | 43 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3133 |
| Nissan Motor Acceptance Company LLC | 9 | 15 | J | U-Unsecured | 80 | $42,352.00 | STOP PAY | 0270 |
| North Carolina Department of Revenue | 15 | 7 | J | P-Priority | 70 | $3,384.78 | $3,384.78 | 9849 |
| North Carolina Department of Revenue | 69 | 7 | J | U-Unsecured | 80 | $1,139.95 | $1,139.95 | 9849 |
| Pendrick Capital Partners LLC | 71 | 19 | W | U-Unsecured | 80 | $985.00 | $985.00 | 0016 |
| PENSKE TRUCK LEASING CO. LP | 44 | 11 | W | U-Unsecured | 80 | $89,213.83 | $89,213.83 | 6193 |
| Phoenix Fin Serv | 46 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 7775 |
| Phoenix Financial Services | 45 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 7775 |
| Portfolio Recovery Associates LLC | 58 | 32 | W | U-Unsecured | 80 | $540.81 | $540.81 | 1921 |
| Professional Finance Co. | 47 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0000 |
| Quantum3 Group LLC | 29 | 29 | H | U-Unsecured | 80 | $314.07 | $314.07 | 7742 |
| Quantum3 Group LLC | 30 | 28 | W | U-Unsecured | 80 | $872.30 | $872.30 | 7382 |
| ROBERT H GOURLEY JR | 1 | | J | B-Base Attorney Fee(s) | 20 | $5,000.00 | $4,700.00 | |
| ROBERT H GOURLEY JR | 2 | | | B-Base Attorney Fee(s) | 50 | $0.00 | $0.00 | |
| Spectrum | 52 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0000 |
| Spectrum | 53 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 7668 |
| Synchrony Bank | 68 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | 4377 |
| Synchrony Bank | 10,010 | 34 | W | U-Unsecured | 80 | $197.50 | $197.50 | 2528 |
| Synchrony Bank | 10 | 34 | W | S-Secured-Pro-Rata | 50 | $5,800.00 | $5,800.00 | 2528 |
| Synchrony Bank | 11 | 33 | J | C-Car (910) | 50 | $18,941.16 | $18,941.16 | 4377 |
| TD RETAIL CARD SERVICES | 50 | 4 | W | U-Unsecured | 80 | $658.34 | $658.34 | 3368 |
| TD RETAIL CARD SERVICES | 51 | 5 | H | U-Unsecured | 80 | $639.47 | $639.47 | 4572 |
| Tenstreet | 56 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 1559 |
| Tonya and Charles Martin | 57 | | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Transflo | 59 | | | U-Unsecured | 80 | $0.00 | NOT FILED | T005 |
| Transure Services | 60 | 8 | W | U-Unsecured | 80 | $10,635.83 | $10,635.83 | |
| TRULIANT FEDERAL CREDIT UNION | 61 | 2 | J | U-Unsecured | 80 | $5,060.11 | $5,060.11 | 9156 |
| United Bank | 12 | 9 | J | C-Car (910) | 50 | $49,923.40 | $49,923.40 | 1901 |
| Uplift-United Airlines | 62 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 9896 |
| US Attorneys Office | 3 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| US Small Bus Admin/SBA | 63 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 7901 |
| VW1 Subrogation Inc. | 64 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2175 |
| Walmart/Affirm | 65 | | | U-Unsecured | 80 | $0.00 | NOT FILED | DROS |
| Walmart/Affirm | 66 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 383J |

Dated:  10/6/2023                                                                 Steven G. Tate
                                                                                  Chapter 13 Trustee

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ATTACHED\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Shanna Marie Marsh<br>Tracy Scott Marsh Jr<br>SSN# :  XXX-XX-9849<br>SSN# :  XXX-XX-5736 | Case No.  23-40013<br><br>Chapter 13 |

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 11/9/2023, you or your attorney must do three things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date: 11/17/2023                    Time:  9:30 AM

Location:        Cleveland County Courthouse
                 Courtroom #5
                 100 Justice Place
                 Shelby, NC 28151

If you or your attorney do not take these steps,  **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated:  10/6/2023

Steven G. Tate, Chapter 13 Trustee
1318 D Davie Avenue
Statesville, NC  28677-3565
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Shanna Marie Marsh  
Tracy Scott Marsh Jr  
SSN# : XXX-XX-9849  
SSN# : XXX-XX-5736  

Case No.  23-40013

Chapter 13

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 10/6/2023.

A. Owens  
Office of the Chapter 13 Trustee

Affirm/Priceline, 650 California St. EL12, San Francisco, CA 94108  
Affirm/Walmart, 650 California St EL12, San Francisco, NC 94108  
ALLEGACY FEDERAL CREDIT UNION, PO BOX 26043, WINSTON SALEM, NC 27114-6043  
AT&T U-Verse, P.O. Box 8206, South Hackensack, NJ 07606  
Berkovitch & Bouskila, PLLC, 80 Broad Street, Ste 3303, New York, NJ 10004  
Byzfunder, 530 7th Avenue, New York, NY 10018  
CAPITAL ONE BANK USA NA, BY AMERICAN INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272-1083  
Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118  
Capytal.com, 1545 US 202, Suite 101, Pomona, NY 10970  
Capytal.com, 90 Broad St, Ste 903, New York, NJ 10004  
Carrington Mortgage Services LLC, 1600 S Douglass Rd, Anaheim, CA 92806  
CFG Merchant Solutions LLC, 180 Maiden Ln, New York, NY 10038  
Citibank NA, 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville, KY 40213  
Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027  
Cloud Fund LLC, 400 Rella Blvd, Ste 165-101, Suffern, NY 10901  
Comdata, 5301 Maryland Way, Brentwood, TN 37027  
Conn Appliances Inc, Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702  
CSU Producer Resources, PO Box 14529, Cincinnati, OH 45250  
EROAP, 7618 SW Mohawk Street, Tualatin, OR 97062  
First Insurance Funding, PO Box 7000, Carol Stream, IL 60197  
Forward Financing, 53 State St, 20th Floor, Boston, MA 02109  
Gulf Coast Bank & Trust, 7235 Jefferson Hwy, Baton Rouge, LA 70806  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
Jefferson Capital Systems LLC, PO Box 772813, Chicago, IL 60677-2813  
Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617  
JPMorgan Chase Bank NA, PO Box 15368, Wilmington, DE 19850  
Kintegra Health, 200 E 2nd Ave, Gastonia, NC 28052  
KOHLS, PO BOX 2983, MILWAUKEE, WI 53201  
Lieberman & Klestzick, 71 S Central Avenue, Valley Stream, NY 11580  
Lincoln County Health Dept, 200 Gamble Dr, Lincolnton, NC 28092  
LINCOLN COUNTY TAX DEPARTMENT, KEP KEPLEY TAX ADMIN, 100 E Main St, LINCOLNTON, NC 28092  
LOGS Legal Group LLP, 10130 Perimeter Parkway Suite 400, Charlotte, NC 28216  
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587  
Mariner Finance LLC, 8211 Town Center Dr, Nottingham, MD 21236  
Medical Revenue Services, 645 Walnut Street Ste 5, Casden, AL 35902  
National Testing Assoc/Nexxum Group, 772 N Broad Street, Mooresville, NC 28115  
Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366  
Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001  
North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168  
Pendrick Capital Partners LLC, PO Box 141419, Irving, TX 75014-1419  
PENSKE TRUCK LEASING CO. LP, PO BOX 563, READING, PA 19603-0563

Phoenix Fin Serv, 11100 USA Pky, Ste B-100, Fishers, IN 46037
Phoenix Financial Services, 11100 USA Pky, Ste B100, Fishers, NJ 46037
Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541
Professional Finance Co., 5754 West 11th Street Suite 100, Greeley, CO 80634
Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788
Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083
Robertson, Anschutz, Schneid, Crane & Partners, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487
Shanna Marie Marsh, Tracy Scott Marsh Jr, 1449 Hamlet Street, Lincolnton, NC 28092
Spectrum, PO Box 530927, Charlotte, NC 28272
Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118
Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541
Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757
TD RETAIL CARD SERVICES, c/o CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS, TX 75380
Tenstreet, 120 W 3rd St., Tulsa, OK 74103
Tonya and Charles Martin, 103 Old Dam Way, Belmont, NC 28012
Transflo, PO Box 88319, Milwaukee, WI 53288
Transure Services, 521 Boone Station Drive, Suite 106, Burlington, NC 27215
TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON SALEM, NC 27114-6000
United Bank, c/o Gwendolyn Calhoun, PO Box 2047, 1311 Carolina Ave, Washington, NC 27889
United Bank, c/o James S Livermon, III, 555 Fayetteville Street, Suite 1100, Raleigh, NC 27601
Uplift-United Airlines, 440 N Wolfe Road, Sunnyvale, CA 94085
US Attorneys Office, 100 Otis St Room 233, Asheville, NC 28801
US Small Bus Admin/SBA, P.O. Box 3918, Portland, OR 97208
VW1 Subrogation Inc., PO Box 4155, Sarasota, FL 34230
Walmart/Affirm, P.O. Box 530929, Atlanta, GA 30350
Total Served: 68

| UNDELIVERABLE MAIL (Insufficient Mailing Address) |
| --- |
| Total: 0 |