**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Shanna Marie Marsh<br>Tracy Scott Marsh Jr<br>SSN#: XXX-XX-9849<br>SSN#: XXX-XX-5736 | Case No.  23-40013<br><br>Chapter 13 |

**NOTICE OF PLAN MODIFICATION**

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:    Per mortgage payment change as filed with the Clerk of Court by Carrington Mortgage Services LLC.

DATE OF DOCUMENT:   2/27/2024

Should the proposed change be implemented, then your plan payment will increase to $3,325.00.

Your plan base will be increased as necessary to accommodate the stated modification.

Please begin making this new payment in March 2024.

If you have any questions, please feel free to contact our office.

| | |
|---|---|
| Dated:  3/12/2024 | Steven G. Tate, Chapter 13 Trustee<br>1318 D Davie Avenue<br>Statesville, NC  28677-3565<br>(704) 872-0068 \| general@ch13sta.com |

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 3/12/2024.

A. Hamby
Office of the Chapter 13 Trustee

Shanna Marie Marsh, Tracy Scott Marsh Jr, 1449 Hamlet Street, Lincolnton, NC  28092

Total Served: 1