**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                 Case No.  23-40013
Shanna Marie Marsh
Tracy Scott Marsh Jr                                          Chapter 13
SSN#: XXX-XX-9849
SSN#: XXX-XX-5736

**NOTICE OF PLAN MODIFICATION**

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:              Per mortgage payment change as filed with the Clerk of
Court by Carrington Mortgage Services, LLC.

DATE OF DOCUMENT:   2/18/2026

Should the proposed change be implemented, then your plan payment will increase to $3,325.00.

Your plan base will be increased as necessary to accommodate the stated modification.

Please begin making this new payment in March 2026.

If you have any questions, please feel free to contact our office.

Dated:  3/26/2026                                              Steven G. Tate, Chapter 13 Trustee
                                                                         1318 D Davie Avenue
                                                                         Statesville, NC  28677-3565
                                                                         (704) 872-0068 | general@ch13sta.com

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage
prepaid on 3/27/2026.

                                                                         D. Kaigler
                                                                         _____
                                                                         Office of the Chapter 13 Trustee

Shanna Marie Marsh, Tracy Scott Marsh Jr, 1449 Hamlet Street, Lincolnton, NC  28092

Total Served: 1